**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELSEVIER INC. and ASSESSMENT TECHNOLOGIES INSTITUTE, L.L.C.,

Plaintiffs,

v.

NAXLEX PREP LLC; NAXLEX GLOBAL, LLC; GEOFFREY KIMANG'A (aka KIMANG'A GEOFFREY, GEOFFRY GEKONGE KIMANG'A, KIM G GEGE), and DOES 1–20,

Defendants.

Miscellaneous Action No.

[SEALED] ~~[PROPOSED]~~ TEMPORARY SEALING ORDER

Plaintiffs Elsevier Inc. and Assessment Technologies Institute, L.L.C. (collectively, "Plaintiffs"), having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

ORDERED this case may be filed under seal. Plaintiffs are directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

Dated: 8/21/26
New York, New York

United States District Judge